UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LESHAWN DAWSON, on behalf of himself and all others similarly situated,

               Plaintiffs,

-against-

GROCERY DELIVERY E-SERVICES USA INC.D/B/A HELLO FRESH,
               Defendant.

Case No.  1:19-cv-01490-LTS-GWG
**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

      **PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:    Brooklyn, New York
           April 22, 2019

                        Respectfully submitted,

                        */s/ Joseph H. Mizrahi*
                        Cohen & Mizrahi LLP
                        *Attorneys for Plaintiff*